In the Matter of SANEL V., a Child Alleged to be Abused and Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SEFIJA V., Respondent; MURDIJA V., Appellant. (Proceeding No. 1.) (And Another Related Proceeding.) (Proceeding No. 2.)

Submitted March 28, 2005; decided March 31, 2005

Motion for assignment of counsel denied without prejudice to renewal of the motion within 30 days upon detailed submissions by appellant showing assets or income available to her (CPLR 1101 [a]).

MICHAEL ZAFRAN, Appellant, v LISA ZAFRAN, Respondent.

Submitted February 14, 2005; decided March 31, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a preference dismissed as academic.